AO 106 (Rev. 04/10) Application for a Search Warrant

FILED
U.S. District Court
District of Kansas
09/23/2026
Clerk, U.S. District Court
By: MV Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

District of Kansas

In the Matter of the Search of:
*(Briefly describe the property to be searched or identify the person by name and address)*

Priority Mail Express parcel bearing tracking number 9570 1116 3527 6259 9158 64 (Subject Parcel), as further described on Attachment A, and currently located at the Wichita Domicile of the United States Postal Inspection Service located at 7117 West Harry Street, Wichita, Kansas 67276

Case No. 26-6235-01-BGS

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Express parcel bearing tracking number 9570 1116 3527 6259 9158 64 (Subject Parcel), as further described on Attachment A, and currently located at the Wichita Domicile of the United States Postal Inspection Service located at 7117 West Harry Street, Wichita, Kansas 67276

located in the **DISTRICT OF KANSAS**, there is now concealed *(identify the person or describe the property to be seized)*:

Items to be seized from the Subject Parcel include controlled substances; specifically marijuana, cocaine, methamphetamine, fentanyl and heroin; any drug paraphernalia related to the possession or distribution of a controlled substance including narcotic packaging and US Currency or money orders.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ✔ evidence of a crime;
- ✔ contraband, fruits of crime, or other items illegally possessed;
- ✔ property designed for use, intended for use, or used in committing a crime;
- a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC §§ 841(a)(1), 843(b), 846 | Possess with the intent to distribute controlled substances; Unlawful use of a communications facility to facilitate a drug trafficking crime; Attempts and Conspiracy to possess with the intent to distribute controlled substances |

The application is based on these facts:

See Attached Affidavit

✔ Continued on the attached sheet.

Delayed notice of ______ days (give exact ending date if more than 30 days: ____________) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature] 1881
*Applicant's signature*

Chad Clark, TFO, USPIS
*Printed name and title*

Sworn to before me and signed via Zoom.

Date: 9/23/2026

[signature: Brooks Severson]
*Judge's signature*

City and state: Wichita, Kansas

HONORABLE BROOKS G. SEVERSON, U.S. MAGISTRATE JUDGE
*Printed name and title*

Scanned with CamScanner

# AFFIDAVIT

I, Chad Clark, being first duly sworn on oath, state as follows:

## AGENT INTRODUCTION AND BACKGROUND

1. I am a Detective with the City of Wichita Police Department and have been so employed since July 1998. I am currently assigned to the Wichita Police Department Undercover Vice Unit and have 3 years of experience profiling mail at the United States Post Office and enforcing drug laws. This affidavit is based on my own personal knowledge and information given to me by other Postal Inspectors and other law enforcement personnel.

2. I received training from the United States Postal Inspection Service regarding individuals using the United States Mail to transport-controlled substances and proceeds from the sale of controlled substances. I am currently a Task Force Officer with the United States Postal Inspection Service. I received training from the Wichita Police Department throughout my career as a member of the Wichita, Kansas Police Department involving narcotic investigation techniques, chemical field testing, and training in the identification and detection of controlled substances. As a Police Officer and Vice Detective, I have been involved in illegal narcotic investigations to include narcotics being sent through the mail.

3. The United States Postal Inspection Service has implemented a parcel profile program targeting parcels mailed to and from areas of the United States which have been identified by law enforcement as being source areas for the distribution of controlled substances. The Wichita Domicile Postal Inspection Service program consists of reviewing postal service

records and a physical profile of Express and Priority Mail parcels and envelopes which have originated from and/or have been received for delivery in the District of Kansas.

## ITEM TO BE SEARCHED AND ITEMS TO BE SEIZED

4. This affidavit is made in support of an application for a search warrant for a United States Postal Service Priority Mail Express parcel bearing tracking number 9570 1116 3527 6259 9158 64, addressed to "Jenny Lynn 3311 W. Marie, Wichita, KS 67217" with a return address of "Tom Byron 1614 E Clover Unit C, Mesa, AZ 85203", mailed on September 16, 2026, from the Post Office in Mesa, Arizona. Further, this parcel weighs approximately 1 pounds 1.90 ounces and bears $59.85 in postage (subject parcel).

5. Items to be seized from the subject parcel includes controlled substances; specifically, marijuana, cocaine, methamphetamine, fentanyl and heroin; any drug paraphernalia related to the possession or distribution of a controlled substance including narcotic packaging and United States Currency or money orders.

6. The subject parcel is currently located, specifically at the United States Postal Inspection Service Wichita Domicile, located at 7117 West Harry Street, Wichita, Kansas 67276, which is in the District of Kansas.

## OFFENSES UNDER INVESTIGATION

7. Based on my training and experience and on the facts set forth in this Affidavit, I believe the subject parcel contains evidence of violations of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute a controlled substance); Title 21, United States

Code, Section 846 (attempts and conspiracies to do the same); and Section 843(b) (unlawful use of a communications facility to facilitate the commission of the above narcotics offenses).

## PROBABLE CAUSE

8. On September 17, 2026, while profiling parcels online, I observed a United States Postal Service Priority Mail Express parcel bearing tracking number 9570 1116 3527 6259 9158 64, addressed to "Jenny Lynn 3311 W. Marie, Wichita, KS 67217" with a return address of "Tom Byron 1614 E Clover Unit C, Mesa, AZ 85203", mailed on September 16, 2026, from the Post Office in Mesa, Arizona. Further, this parcel weighs approximately 1 pounds 1.90 ounces and bears $59.85 in postage (subject parcel).

9. Based on my training and experience I know there are common characteristics used by individuals who traffic in illegal controlled substances via the United States Mail. The subject parcel contains several of these characteristics including:

a. The Subject Parcel was mailed from a known illegal drug source distribution area (i.e., Mesa, Arizona).

b. The postage for the subject parcel was paid for with cash.

c. The recipient doesn't need to sign for the subject parcel when delivered.

10. A query of the subject parcel's addressee information 3311 W Marie, Wichita, KS 6767217, in Law Enforcement Database found that Jenny Lynn isn't associated to the address. Based upon my experience, I know drug traffickers often use false or fictitious names on parcel labels when trafficking narcotics to avoid being identified by law enforcement authorities.

11. On September 18, 2026, a canine exterior odor search of the subject parcel was conducted by Wichita, Kansas Police Officer Nick Jones and his certified drug-detecting canine, Shadow at the United States Postal Plant located at 7117 W Harry, Wichita, KS 67276. I was

notified by Officer Nick Jones of a positive canine alert on the subject parcel at 1327 hours. "Under our case law, a random dog sniff is not a search for Fourth Amendment purposes, and a positive dog alert gives officers probable cause to search." *United States V. Parada*, 577 F.3d 1275, 1281 (10th Cir. 2009).

12. Officer Jones has been a police officer with the Wichita Police Department for 10 years. He has served with the K-9 unit since March 2025. Officer Jones and Police Service Dog Shadow were certified as Narcotic detection and Patrol Dog Team in April of 2025 and again for detection in October of 2025 by the Kansas Highway Patrol. Police Service Dog Shadow received approximately 200 hours of training in the detection of marijuana, methamphetamine, cocaine, fentanyl and heroin during the basic training class and continues to receive approximately sixteen hours of narcotic training per month. Officer Jones and Police Service Dog Shadow maintain a certification as a drug detector and Patrol Dog Team. Police Service Dog Shadow is trained to detect the odors of marijuana, methamphetamine, cocaine, heroin, and fentanyl.

**CONCLUSION**

13. Therefore, based on these facts, I believe there is probable cause to believe that the subject parcel contains evidence of a crime, including Title 21, United States Code, Section 841, and/or other illegal contraband (including actual narcotics), in violation of Title 21, United States Code, Section 841(a)(1), (possession with intent to distribute a controlled substance); Title 21, United States Code, Section 846 (attempts and conspiracies to do the same); and Title 21,

United States Code, Section 843(b) (unlawful use of a communications facility to facilitate the commission of the above narcotics offenses).

FURTHER YOUR AFFIANT SAYETH NOT.

Chad Clark
Task Force Officer
United States Postal Inspection Service

Sworn to and subscribed before me via Zoom on this 23rd day of September 2026.

HONORABLE BROOKS G. SEVERSON
United States Magistrate Judge



Scanned with CamScanner

# ATTACHMENT A

The item to be searched is a United States Postal Service Priority Mail Express parcel bearing tracking number 9570 1116 3527 6259 9158 64, addressed to "Jenny Lynn 3311 W. Marie, Wichita, KS 67217" with a return address of "Tom Byron 1614 E Clover Unit C, Mesa, AZ 85203", mailed on September 16, 2026, from the Post Office in Mesa, Arizona. Further, this parcel weighs approximately 1 pounds 1.90 ounces and bears $59.85 in postage (subject parcel). The subject parcel is currently located at the Wichita Domicile of the United States Postal Inspection Service located at 7117 West Harry Street, Wichita, Kansas 67276.